

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
DEC 20 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 20, 2007

Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, NY 10007

　　　　Re:　United States v. Peng & Liu
　　　　　　　07 Cr. 1214 (RPP)

Dear Judge Patterson:

**MEMO ENDORSED**

　　　　The above-referenced indictment was returned today and assigned to Your Honor. I have enclosed a copy of the indictment. Defendant Peng was arrested on December 11, 2007 in Hong Kong, and is awaiting extradition proceedings. Defendant Liu was arrested on December 11, 2007 and released on conditions. I have spoken with counsel for defendant Liu, Peter Quijano, Esq., who has asked me to request on his behalf that the arraignment of defendant Liu be adjourned until after the first of the year, due to Mr. Quijano's other business matters on December 21 and holiday plans between December 21 and January 2. Defendant Liu consents to the exclusion of time under the speedy trial act between now and the date scheduled by the Court for his arraignment, based on his desire for continuity of counsel. If the brief delay in the arraignment is acceptable to the Court, counsel requests that it be scheduled in the afternoon of January 3, 4, or 9, or at any time on January 8, if those dates and times are convenient for the Court.

*Application granted.*
*Arraignment will be held*
*1/3/08 at 4PM. Time is*
*excluded under the Speedy*
*Trial Act in the interest*
*of justice.*
*So ordered.*
*Robert P. Patterson*
*12/20/07*

Honorable Robert P. Patterson
December 20, 2007
Page 2

      Accordingly, the Government requests that the Court schedule an arraignment for defendant Liu at a convenient date and time, and that the Court exclude time under the Speedy Trial Act in the interests of justice.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

            By:      [signature]

                              Justin S. Weddle
                              Assistant United States Attorney
                              (212) 637-2312

cc:    Peter Quijano, Esq.