UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

YEN CHING PENG,
    a/k/a "Yen Po Peng,"
    a/k/a "Alex Peng," and

07 Cr. 1214 (RPP)

PETER LIU,
    a/k/a "Kang Tai Liu"

    Defendants.

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York

by:   /s/ William J. Stellmach
    WILLIAM J. STELLMACH
    Assistant United States Attorney
    Telephone: (212) 637-2101
    Facsimile: (212) 637-2620
    E-mail: william.stellmach@usdoj.gov

CC via Clerk's Notice of Electronic Filing:
    Peter E. Quijano, Esq.