

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2008

**BY HAND DELIVERY**

Honorable Robert P. Patterson, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Peter Liu," a/k/a "Kang Tai Liu," 07 Cr. 1214 (RPP)

Dear Judge Patterson:

    The next pretrial conference in the above-captioned case has been rescheduled, at the parties' joint request, from March 11 until April 15 at 4 p.m. The Government respectfully requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A), through the new conference date.

    The defendant has already indicated that he will not be making any motions, and our discussions regarding a final disposition are nearly complete. Such an exclusion will also enable the defendant to complete his review of discovery, which has been produced in part. The Government is currently awaiting the Department of State to provide certified records relating to certain items that the defendant is charged with illegally exporting to his co-conspirator in Hong Kong; upon receipt by the Government, those certified records will be immediately produced to the defendant. Accordingly, excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

*[Handwritten endorsement:] Application granted. Since the Government has not completed its required discovery to Defendant, the conference is adjourned to 4/15/08 at 4 P.M. and Time is excluded under the Speedy Trial Act in the interests of justice. So ordered. Robert P. Patterson USDJ 3/6/08*

Hon. Robert P. Patterson, Jr.
March 6, 2008
Page 2

      If Your Honor requires any additional information, please do not hesitate to contact me.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney

By: *[signature]*
      William J. Stellmach
      Assistant United States Attorney
      (212) 637-2101

cc:    Peter Quijano, Esq.
       *Counsel for defendant Peter Liu*