

**QUIJANO & ENNIS**
ATTORNEYS AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Peter Enrique Quijano
Nancy Lee Ennis

June 23, 2008

**BY FACSIMILE (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

Re: <u>U.S. v. PETER LIU</u>, 07 Cr. 1214 (RPP)

Dear Judge Patterson:

I am the attorney for the defendant Peter Liu in the above-referenced matter. The purpose of this letter is to respectfully request that the Court temporarily modify the travel restrictions of Mr. Liu's bond. **The government has no objection to this request.**

Mr. Liu is currently at liberty pursuant to a $250,000.00 personal recognizance bond, cosigned by two financially responsible persons, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Liu would like to travel with his parents and Aunt to Bryn Mawr, Pennsylvania, July 4, 2008, and would return to his residence in Queens, New York on July 7, 2008. While in Bryn Mawr, he will stay with friends at 17 Morton Road, Bryn Mawr, Pa. I have conferred with A.U.S.A. William Stellmach, and I understand that the **government has no objection to this request.**

Honorable Robert P. Patterson, U.S.D.J.
July 23, 2008
Page two

      Accordingly, it is respectfully requested that the Court SO ORDER a temporary modification of the travel restrictions of Robert P. Patterson's bond on U.S. v. Peter Liu, 07 Cr. 1214 (RPP), in order to permit Peter Liu to travel to the Eastern District of Pennsylvania from July 4th until July 7th 2008, after which all *of the current conditions of release will be in full effect.* Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

                              Respectfully submitted,

                              Peter Enrique Quijano

cc:   AUSA William Stellmach (by email)
       U.S. Pretrial Services Officer Dina Naftaliev (by email)

*[Handwritten annotation: "application granted   So ordered   Robert P Patterson USDJ   6/23/08"]*