**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2008

**BY HAND DELIVERY**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

Honorable Robert P. Patterson, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    United States v. Peter Liu," a/k/a "Kang Tai Liu," 07 Cr. 1214 (RPP)

Dear Judge Patterson:

    The Government respectfully requests that sentencing for defendant Peter Liu be adjourned from July 17 to July 31, at 4 p.m., which Your Honor's Courtroom Deputy, Mr. Monteagudo, has advised me is available. Defense counsel consents to this request. The Government has not previously requested any adjournments.

    If Your Honor requires any additional information, please do not hesitate to contact me.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    William J. Stellmach
    Assistant United States Attorney
    (212) 637-2101

cc:    Peter Quijano, Esq.

*MEMO ENDORSED*

*Application granted*
*So ordered*
*[signature] Patterson*
*USDJ*
*7/15/08*