Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

July 20, 2008

Dear Judge Patterson

I am writing this letter to ask for your leniency for my litter brother Peter Liu (Liu, Kang-Tai). I am his elder brother who has been looking after him more than 26 years. Although he left home and stayed in New York when he was 14 years old, we always keep in touch to share life experience whatever is happy or sad. It is hard for him to live alone there, so we, his family, always look after him to not get into a wrong way during his growth.

I know it is very terrible for him to do such wrong thing and I believe that he had learned a lot from this. He lost his job, flight attendant, what he was dreaming and even now he is thinking to go back in sky. He has paid for his time to go through with the sentence. During this period, he knows what he had done wrong already mess his life.

Being his brother, I would like to be his supporter and teach him how to face the fact and to be strong like a real man. That is really a real class what he has never learned from school. I believe that Peter will never take such action again and will share his experience to his friends to avoid mistake happening.

I plead for your leniency for lovely brother Peter's case and Your Honor can give him a direction to lead him on the right way. He will do whatever is in his power to prove to the court, his family and friends, that he can make a positive contribution to the community.

Sincerely,

Liu, Lun-Kuang

Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York  10007

June 23, 2008

Dear Honorable Robert P. Patterson,

    I am writing on behalf of Peter Liu.  He is my cousin and I've known him for most of his life.  My family and I were very surprised to learn that he had committed a crime, a federal crime.  He has always been generous, helpful and involved with those around me, especially our family.  So it was with great shock when he came forward to and told us what has happened.

    It was after a family dinner that he stayed late.  With hesitation, embarrassment, confusion, and shame, he slowly revealed the events that had occurred.  He admitted to the charges against him.  I was angry, disappointed, and ashamed for what he did.  How could he be that stupid!  I've always thought of him as the straight arrow person, helping his family, friends, and others and always at our family functions.  But this was so out of line.  He knew what he did, and it wasn't my place to direct my anger at him.  The emotional turmoil and depression he must have been going through was enough and he needed my support.

    He has continued to express concern for his future.  He has been worried about his job, his family, his relationships, and the impact this may have for his future.  I know it has hit him hard emotionally, and I believe he knows the magnitude of his actions.  Regret and remorse only begins what he is feeling.  I write to you to ask for understanding and leniency, so that Peter can learn and move forward from a mistake that he has made.

Patrick Hermanto

*[signature]*

Honorable Robert P. Patterson
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

July 9, 2008

Dear Judge Patterson,

I am writing this letter on behalf of my cousin, Peter Liu. He and I are the same age and I have known him since we were both very young. He came to the US when he was still in grade school to live with his aunt and uncle, in hopes of achieving a better education. I believe Peter has always worked very hard in both his academic and professional career to repay the sacrifices his parents made for him.

That is why I was so surprised when I heard about the recent crime he had committed. It wasn't easy for him to admit he was wrong and take responsibility for his situation. But when he did come forward, the experience of asking his family and friends for help, and to openly admit he was at fault was a humbling one.

Peter is a good person. He has had to practically grow up on his own while his parents live back in Taiwan. But despite his personal hardships I always remember him coming to our family get-togethers and bringing his positive attitude and generosity to help any of his cousins if he could.

His bad decisions have cost him his reputation and the trust of people close to him. I know it has been hard for him to overcome his humiliation and continue on with his life. But I believe that this life lesson has taught him to self-reflect before he acts and use better judgment in the future.

I hope you too will recognize how he has matured and take leniency on him so he can be given a second chance to move on and continue to grow.

Sincerely,

*Sally Hermanto*
Sally Hermanto

## **CERTIFICATION**

I hereby certify that the additional Exhibit C for Peter Liu in 07 Cr. 1214 (RPP) was filed electronically and a copy served by electronic mail to A.U.S.A. William Stellmach, william.stellmach@usdoj.gov. United States Attorney's Office for the Southern District of New York, One Saint Andrew's Plaza, N.Y., N.Y. 1007.

Dated: New York, New York
      July 22, 2008

                                            Peter Enrique Quijano