Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

July 19, 2008

Dear Judge Patterson:

Please consider this letter as a request to exercise discretion for leniency in the case for my cousin, Peter Liu (Kang-Tai Liu). I have known Peter for over 25 years, and have known him to be a gentle and caring person. He has been always a good brother to me as well as a good friend.

Peter confesses that he broke the law. He fully realizes the scope of this error. He is very embarrassed and ashamed for what he had done. I truly believe that Peter has learned the important lesson from this mistake and is deeply remorseful.

I believe that Peter is accepted full responsibility for his actions. He knows he has learned very valuable lesson from it and he has courage to admit his mistake. I know he has learned lesson from this experience and will do whatever he can to prove to the court that he can make a positive contribution to the community. I plead to ask honorable Judge Patterson, to show both compassion and leniency in your decision.

Sincerely,

*Jasmine Kao*
Jasmine Kao

Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

July 4, 2008

Dear Judge Patterson,

Please accept this letter as a humble request of your leniency on my cousin Peter Liu. It was a shock to me when he informed us that he may be "going to jail" because he had broken the law. I remember the night he revealed this to us as we could not help but notice his genuine shame and deep remorse. On several occasions thereafter, he called me late at night unable to sleep, feeling very depressed with an immense sense of regret for breaking the law and its consequences including the loss of his job at Continental Airlines which had meant so much to him as well as the shame brought to his family and friends.

As his cousin, I have known Peter since we were children. He has always been a pleasant, kind, gentle, easy-going yet responsible member of our family. When he came to the United States in 1995, my family and I were thrilled and over the years witnessed his steady growth into a successful young man. What is most characteristic about Peter is his sincere desire to help others including strangers, as he tends to be immediately trusting of others, even a bit naïve at times. Clearly one of his strengths is also his downfall and I believe he has come to realize this the hard way. Having lost his job and respect, he has since made attempts to put his life back together. Peter has secured a new job albeit less desirable than his previous one. Most importantly, he has continued attending our family get-togethers despite his deep sense of humiliation, having betrayed the trust of his family and friends.

I believe Peter has gone through much introspection over his life since this began and has come to accept that his life will never be the same, no matter how much he wants to go back and do everything differently. He realizes that he was careless for not realizing that what he was doing was wrong. Judge Patterson, I respectfully request your mercy and compassion in deciding his sentence, as I truly believe he will honor the price he is to pay for his crime.

Sincerely,

*[signature]*

Ulrich Hermanto, M.D., Ph.D.

## **CERTIFICATION**

    I hereby certify that the additional Exhibit D for Peter Liu in 07 Cr. 1214 (RPP) was filed electronically and a copy served by electronic mail to A.U.S.A. William Stellmach, william.stellmach@usdoj.gov. United States Attorney's Office for the Southern District of New York, One Saint Andrew's Plaza, N.Y., N.Y. 1007.

Dated: New York, New York
       July 24, 2008

                                          Peter Enrique Quijano